**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 96-11238
Summary Calendar

_____

ANGELA DAWN CAIN,

Plaintiff-Appellant,

VERSUS

GROVER LAWLIS, M.D., ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:95-CV-562A)

_____

July 15, 1997

Before REYNALDO G. GARZA, DAVIS, and DUHE', Circuit Judges.

PER CURIAM:[*]

This is an appeal from the granting of a summary judgment in favor of defendants-appellees on actions for state-law, RICO, and Section 1983 violations. The district court concluded, *inter alia*, that Cain's claims were barred by the applicable statute of limitations.

Upon careful review of the briefs, summary judgment evidence in the record, and the lower court's opinion and in light of the recent decisions of our sister panels in *Mitchell v. Bolan, et al.*,

_____

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

96-11168 (5th Cir. 1997), and *Schwertz v. Zimburean, et al.,* 96-11155 (5th Cir. 1997), we, accordingly,

AFFIRM.